Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−33617−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald L. Merfeld
   40 Woodlane Road
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−1750

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 30, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 − 11
Order Granting Application to Employ Linda November as Realtor for Debtor (Related Doc # 11). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/27/2017. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 30, 2017
JAN: slf

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33617-CMG
Ronald L. Merfeld                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2017
                          Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
r         Linda November,   Re/Max Greater Princeton,   111 Village Blvd.,   Princeton, NJ

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
         Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 4