**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton, PC
311 Whitehorse Avenue - Suite A
Hamilton, New Jersey 08610
Phone: 609-964-4000
E-Mail: agorski@gorskiknowlton.com
Allen I. Gorski, Esquire
Attorneys for Debtor

Order Filed on January 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Ronald L. Merfeld

Case No.: 16-33617
Chapter: 13
Judge: Christine M. Gravelle

# ORDER AUTHORIZING RETENTION OF

Realtor, Linda November

The relief set forth on the following page is **ORDERED**.

**DATED: January 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Linda November__

as __Realtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   RE/MAX Greater Princeton
   
   111 Village Blvd.
   
   Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33617-CMG
Ronald L. Merfeld                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin         Page 1 of 1          Date Rcvd: Jan 30, 2017
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db            +Ronald L. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4