UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton, PC
311 Whitehorse Avenue - Suite A
Hamilton, New Jersey 08610
Phone: 609-964-4000
E-Mail: agorski@gorskiknowlton.com
Allen I. Gorski, Esquire
Attorneys for Debtor

In Re:

Ronald L. Merfeld

Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  _____16-33617_____

Chapter:  _____13_____

Judge:  ____Christine M. Gravelle____

## ORDER AUTHORIZING RETENTION OF

_____Special Counsel_____

The relief set forth on the following page is **ORDERED**.

**DATED: March 28, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Rothenberg & Associates_____

as _____Special Counsel_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: __103 Carnegie Center_____

    __Suite 119_____

    __Princeton, NJ 08540_____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-33617-CMG
Ronald L. Merfeld                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 28, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db            +Ronald L. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Allen I Gorski   on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
          Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4