UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ronald L. Merfeld

Case No.: 16-33617
Chapter: 13
Judge: Christine M. Gravelle

## NOTICE OF PROPOSED PRIVATE SALE

__Ronald L. Merfeld__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse |
| | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __May 3, 2017__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State St., Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 40 Woodlane Road
Lawrenceville, NJ 08648

Proposed Purchaser: Jineen Jirovec & Danielle Frank

Sale price: $450,000 "as is"

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Rothenberg & Associates | Re/Max Greater Princeton | Gorski & Knowlton |
| --- | --- | --- | --- |
| Amount to be paid: | $1,200 | $27,000 | $10,000 |
| Services rendered: | Special Real Estate Atty | Realtor Commission | Bankruptcy Representation |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Allen I. Gorski, Esquire

Address: 311 Whitehorse Avenue; Suite A, Hamilton, New Jersey 08610

Telephone No.: 609-964-4000

*rev.8/1/15*

2

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-33617-CMG
Ronald L. Merfeld                                                   Chapter 13
            Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2         Date Rcvd: Apr 11, 2017
                               Form ID: pdf905            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +Ronald L. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542
r               Linda November,    Re/Max Greater Princeton,    111 Village Blvd.,    Princeton, NJ
sp             +Robert Rothenberg,    Rothenberg & Associates,    103 Carnegie Center, Ste. 119,
                 Princeton, NJ 08540-6235
516544051      +Aes/suntrust,    Pob 61047,   Harrisburg, PA 17106-1047
516544052      +Ann M. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542
516544053     #+Ecmc,    1 Imation Place,    Bldg 2,   Oakdale, MN 55128-3422
516544055      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516544056      +Lawrence Twp Sewer Authority,     PO Box 6006,   Lawrence Township, NJ 08648-0006
516544058      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516544059       NJ Attorney General,    Div of Law/RJ Hughes Justice Complex,    25 Market Street,    PO Box 112,
                 Trenton, NJ 08625-0112
516544060      +Nys Higher Ed Services,    99 Washington Ave,    Albany, NY 12210-2822
516544061     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State Of New Jersey,    N.J. Division of Taxation,
                 Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245)
516544062      +Traf Group Inc/A-1 Collections,     2297 St Hwy 33,    Ste 906,   Hamilton Square, NJ 08690-1717
516544064      +United States Attorney General,     US Department of Justice,    Ben Franklin Station,
                 PO Box 683,    Washington, DC 20044-0683
516544065      +Us Dept Ed,    Po Box 1030,   Coraopolis, PA 15108-6030
516544066      +Verizon,    500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516731824       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2017 22:45:30
                 Ashley Funding Services LLC,     c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC   29603-0587
516544054       E-mail/Text: cio.bncmail@irs.gov Apr 11 2017 22:47:59      Internal Revenue Service,
                 Bankruptcy Department,    PO Box 7346,    Philadelphia, PA 19101-7346
516544057       E-mail/Text: camanagement@mtb.com Apr 11 2017 22:48:11      M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
516591983       E-mail/Text: camanagement@mtb.com Apr 11 2017 22:48:11      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
516654628      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
516544063      +E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2017
                              Form ID: pdf905          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```