Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33617−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ronald L. Merfeld
    40 Woodlane Road
    Lawrence Township, NJ 08648

Social Security No.:
    xxx−xx−1750

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      6/21/17
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton, Attorney for Debtor

COMMISSION OR FEES
$6021.00

EXPENSES
$636.36

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 11, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ronald L. Merfeld
    Debtor

Case No. 16-33617-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 11, 2017
                         Form ID: 137     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
```
db           +Ronald L. Merfeld,   40 Woodlane Road,   Lawrence Township, NJ 08648-5542
r             Linda November,   Re/Max Greater Princeton,   111 Village Blvd.,   Princeton, NJ
sp           +Robert Rothenberg,   Rothenberg & Associates,   103 Carnegie Center, Ste. 119,
               Princeton, NJ 08540-6235
516544051    +Aes/suntrust,   Pob 61047,   Harrisburg, PA 17106-1047
516544052    +Ann M. Merfeld,   40 Woodlane Road,   Lawrence Township, NJ 08648-5542
516778722    +ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
516544053   #+Ecmc,   1 Imation Place,   Bldg 2,   Oakdale, MN 55128-3422
516544055    +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
516544056    +Lawrence Twp Sewer Authority,   PO Box 6006,   Lawrence Township, NJ 08648-0006
516544058    +Midland Funding,   2365 Northside Dr,   Suite 300,   San Diego, CA 92108-2709
516790183    +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
516544059     NJ Attorney General,   Div of Law/RJ Hughes Justice Complex,   25 Market Street,   PO Box 112,
               Trenton, NJ 08625-0112
516544060    +Nys Higher Ed Services,   99 Washington Ave,   Albany, NY 12210-2822
516544061   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,   N.J. Division of Taxation,
               Bankruptcy Section,   P.O. Box 245,   Trenton, NJ 08695-0245)
516544062    +Traf Group Inc/A-1 Collections,   2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
516544064    +United States Attorney General,   US Department of Justice,   Ben Franklin Station,
               PO Box 683,   Washington, DC 20044-0683
516544065    +Us Dept Ed,   Po Box 1030,   Coraopolis, PA 15108-6030
516544066    +Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 11 2017 22:28:23   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2017 22:28:19   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516731824     E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2017 22:25:44
               Ashley Funding Services LLC,   c/o Resurgent Capital Services,   PO Box 10587,
               Greenville, SC   29603-0587
516544054     E-mail/Text: cio.bncmail@irs.gov May 11 2017 22:28:02   Internal Revenue Service,
               Bankruptcy Department,   PO Box 7346,   Philadelphia, PA 19101-7346
516544057     E-mail/Text: camanagement@mtb.com May 11 2017 22:28:12   M & T Bank,   Po Box 844,
               Buffalo, NY 14240
516591983     E-mail/Text: camanagement@mtb.com May 11 2017 22:28:12   M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
516654628    +E-mail/PDF: gecsedi@recoverycorp.com May 11 2017 22:25:33   Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516544063    +E-mail/Text: usanj.njbankr@usdoj.gov May 11 2017 22:28:23   United States Attorney,
               Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 11, 2017
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```