**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on June 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Chapter 13 |
| Ronald L. Merfeld | Case No.:  16-33617 |
| Debtor(s) | Judge:   Christine M. Gravelle |

## CONSENT ORDER REGARDING STATE OF NEW JERSEY, DIVISION OF TAXATION CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 5, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Ronald L. Merfeld
Case No:  16-33617-CMG
Caption of Order:  Consent Order Regarding State of New Jersey, Division of Taxation Claim

---

THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton appearing on behalf of the Debtor, and the Court having reviewed the application in support of this Consent Order, and the State having a filed an amended proof of claim #3 on May 2, 2017 with actual priority amount due of $336.23 for tax years 2013-2015, and a general unsecured claim for tax years 2007-2012 combining actual obligations for 2010-2012 and estimated obligations for 2007-2009, and the parties having agreed to the form and entry of this Order, and for good cause shown;

IT IS hereby ORDERED:

1. The State of New Jersey, Division of Taxation amended claim #3 filed May 2, 2017 is allowed in the amount of $336.23 priority and $17,113.09 general unsecured.  The Chapter 13 Trustee is authorized to pay the estimated portions of the general unsecured claim for the delinquent tax years of 2007, 2008 and 2009.

2. Should any refund be issued by the State of New Jersey, Division of Taxation such refund shall be issued to Albert Russo, Chapter 13 Trustee rather than directly to the Debtor.

I hereby consent to the form and entry of this Order.

/s/ Allen I. Gorski                                    /s/ Ramanjit K. Chawla

_____                    _____
Allen I. Gorski, Esquire                         Ramanjit K. Chawla, DAG
Gorski & Knowlton, PC                          State of New Jersey
Attorneys for Debtor, Ronald L. Merfeld    Division of Law