UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on June 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald L. Merfeld

Debtor(s)

Chapter 13

Case No.: 16-33617

Judge: Christine M. Gravelle

## CONSENT ORDER REGARDING STATE OF NEW JERSEY, DIVISION OF TAXATION CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 5, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ronald L. Merfeld
Case No: 16-33617-CMG
Caption of Order: Consent Order Regarding State of New Jersey, Division of Taxation Claim
_____

THIS MATTER having come before the Court, Allen I. Gorski, Esquire, Gorski & Knowlton appearing on behalf of the Debtor, and the Court having reviewed the application in support of this Consent Order, and the State having a filed an amended proof of claim #3 on May 2, 2017 with actual priority amount due of $336.23 for tax years 2013-2015, and a general unsecured claim for tax years 2007-2012 combining actual obligations for 2010-2012 and estimated obligations for 2007-2009, and the parties having agreed to the form and entry of this Order, and for good cause shown;

IT IS hereby ORDERED:

1. The State of New Jersey, Division of Taxation amended claim #3 filed May 2, 2017 is allowed in the amount of $336.23 priority and $17,113.09 general unsecured. The Chapter 13 Trustee is authorized to pay the estimated portions of the general unsecured claim for the delinquent tax years of 2007, 2008 and 2009.

2. Should any refund be issued by the State of New Jersey, Division of Taxation such refund shall be issued to Albert Russo, Chapter 13 Trustee rather than directly to the Debtor.

I hereby consent to the form and entry of this Order.

/s/ Allen I. Gorski                                /s/ Ramanjit K. Chawla
_____                 _____
Allen I. Gorski, Esquire                        Ramanjit K. Chawla, DAG
Gorski & Knowlton, PC                         State of New Jersey
Attorneys for Debtor, Ronald L. Merfeld    Division of Law

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald L. Merfeld  
    Debtor

Case No. 16-33617-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1                  Date Rcvd: Jun 05, 2017  
                     Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.  
db          +Ronald L. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:  
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Albert   Russo    docs@russotrustee.com  
           Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com  
           Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 5