UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com

In Re:

Ronald Merfeld

Order Filed on June 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-33617

Chapter:    13

Judge:    Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Allen I. Gorski, Esquire_____, the applicant, is allowed a fee of $ _____6,021.00_____ for services rendered and expenses in the amount of $_____636.36_____ for a total of $_____6,384.36_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald L. Merfeld  
    Debtor

Case No. 16-33617-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.  
db          +Ronald L. Merfeld,    40 Woodlane Road,    Lawrence Township, NJ 08648-5542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 5