Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33617−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald L. Merfeld
   40 Woodlane Road
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−1750

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 25, 2017
JAN: bwj

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 16-33617-CMG
Ronald L. Merfeld                                                        Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db           +Ronald L. Merfeld,    40 Woodlane Road,   Lawrence Township, NJ 08648-5542
r             Linda November,    Re/Max Greater Princeton,   111 Village Blvd.,   Princeton, NJ
sp           +Robert Rothenberg,    Rothenberg & Associates,   103 Carnegie Center, Ste. 119,
               Princeton, NJ 08540-6235
516544051    +Aes/suntrust,   Pob 61047,   Harrisburg, PA 17106-1047
516544052    +Ann M. Merfeld,    40 Woodlane Road,   Lawrence Township, NJ 08648-5542
516544055    +KML Law Group, P.C.,    216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
516544056    +Lawrence Twp Sewer Authority,    PO Box 6006,   Lawrence Township, NJ 08648-0006
516544059     NJ Attorney General,    Div of Law/RJ Hughes Justice Complex,   25 Market Street,   PO Box 112,
               Trenton, NJ 08625-0112
516544060    +Nys Higher Ed Services,    99 Washington Ave,   Albany, NY 12210-2822
516544061   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State Of New Jersey,   N.J. Division of Taxation,
               Bankruptcy Section,   P.O. Box 245,   Trenton, NJ 08695-0245)
516544062    +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
516544064    +United States Attorney General,    US Department of Justice,   Ben Franklin Station,
               PO Box 683,   Washington, DC 20044-0683
516544065    +Us Dept Ed,   Po Box 1030,   Coraopolis, PA 15108-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:48    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:45    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516731824     EDI: RESURGENT.COM Sep 25 2017 22:58:00    Ashley Funding Services LLC,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC   29603-0587
516778722    +EDI: ECMC.COM Sep 25 2017 22:58:00    ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
516544053    +EDI: ECMC.COM Sep 25 2017 22:58:00    Ecmc,   1 Imation Place,   Bldg 2,
               Oakdale, MN 55128-3422
516544054     EDI: IRS.COM Sep 25 2017 22:58:00    Internal Revenue Service,   Bankruptcy Department,
               PO Box 7346,   Philadelphia, PA 19101-7346
516544057     E-mail/Text: camanagement@mtb.com Sep 25 2017 23:19:32    M & T Bank,   Po Box 844,
               Buffalo, NY 14240
516591983     E-mail/Text: camanagement@mtb.com Sep 25 2017 23:19:32    M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
516544058    +EDI: MID8.COM Sep 25 2017 22:58:00    Midland Funding,   2365 Northside Dr,   Suite 300,
               San Diego, CA 92108-2709
516790183    +EDI: MID8.COM Sep 25 2017 22:58:00    Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
516654628    +EDI: RMSC.COM Sep 25 2017 22:58:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516544063    +E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:48    United States Attorney,
               Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
516544066    +EDI: VERIZONEAST.COM Sep 25 2017 22:58:00    Verizon,   500 Technology Dr,   Suite 500,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 25, 2017
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Ronald L. Merfeld agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```